Certificate Number: 05781-GAN-DE-041378803

Bankruptcy Case Number: 26-56786

05781-GAN-DE-041378803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2026, at 7:46 o'clock PM PDT, Latonia Tucker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 27, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President